In the Matter of JOSEPH KEENAN, Appellant, against WALTER B. MARTIN et al., Constituting the Prison Board at Clinton Prison, Respondents.— [See *ante,* p. 981.] The court certifies that a question of law is involved which ought to be reviewed by the Court of Appeals. All concur.

## (January 14, 1943.)

HAROLD REED, Respondent, v. DONALD HUCKEL, Appellant.—

Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur; Crapser, J., dissents. I dissent on the ground that the accident happened in St. Lawrence county; all but expert witnesses reside in St. Lawrence county and it would require them to travel more than 200 miles to get to Saratoga county. St. Lawrence county is the proper county.

In the Matter of ROSE COHEN, Respondent. CHARLES R. STEWART et al., Appellants.—

Petitioner alleges that she never received the stock for which she subscribed, that she had no notice of a corporate meeting, that she never resigned as a director, or assigned her subscription rights. She also asserts that Stewart refused to permit her to participate in the affairs of the corporation or to give her any information relative thereto. Under these circumstances, the order was properly granted by the Special Term. Stewart, McKee, Fischer and O'Connor are directed to appear before the referee named in the order appealed from, at the place specified therein, on the 28th day of January, 1943, at 2 o'clock in the afternoon, and at such other times and places as the referee shall order and submit to an oral examination concerning the matters specified in the order appealed from. The order appealed from is affirmed with twenty-five dollars costs and disbursements to respondent. All concur.